

# In The
# Court of Appeals
## Seventh District of Texas at Amarillo

Nos. 07-18-00206-CV
07-18-00297-CV

### IN THE INTEREST OF P.L.G. AND H.M.G., CHILDREN

On Appeal from the 100th District Court
Childress County, Texas
Trial Court No. 10,713, Honorable Stuart Messer, Presiding

August 1, 2018

## ORDER OF SEVERANCE

### Before CAMPBELL and PIRTLE and PARKER, JJ.

The parents of P.L.G. and H.M.G. each timely filed notices of appeal from the trial court's order terminating their parental rights. The children's mother, T.G., has filed a brief on the merits. The children's father, D.Z.G., was appointed an attorney who has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

Because the nature of our review of *Anders* cases is substantially different than the nature of our review of a brief on the merits, we believe that it is appropriate to sever the appeals. Thus, by order of this Court, D.Z.G.'s appeal is severed into cause number

07-18-00297-CV. To effectuate this severance, D.Z.G.'s brief and all related filings as well as a copy of the appellate record will be refiled in cause number 07-18-00297-CV by the Clerk of this Court.

Per Curiam